### 8683.  Daniel *v.* The State.

George, J. The charge of the court was full and fair, and the assignments of error thereon are without merit. The evidence was ample to support the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*
Decided June 13, 1917.

Accusation of sale of liquor; from city court of Carrollton—Judge Beall. February 27, 1917.

*Smith & Spradlin,* for plaintiff in error.

*Willis Smith, solicitor,* contra.